1  JAMES HUNT MILLER (CA BAR # 135160)
   P.O. Box 10891
2  OAKLAND CA 94610
   P:(510) 451-2132
3  F:(510) 451-0824
   e:jim_miller0@yahoo.com
4
   Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

SIGFREDO M. BURGOS,           )
                              )
        Plaintiff,            )   No. CV 07-1709 PVT
                              )
   vs.                        )
                              )   STIPULATION AND ~~PROPOSED~~
Michael J. Astrue,            )   ORDER FOR EXTENSION OF
COMMISSIONER OF the SOCIAL    )   TIME TO FILE PLAINTIFF'S
SECURITY ADMINISTRATION,      )   MOTION FOR SUMMARY
                              )   JUDGMENT AND/OR REMAND
        Defendant.            )
_____)

IT IS HEREBY STIPULATED by and between the parties (at Plaintiff's request), through their undersigned attorneys, pursuant to L.R. 6-2(a), and subject to approval of the Court, that Plaintiff may have an extension of 30 days, or from September 17, 2007 to October 17, 2007, in which to file his Motion for Summary Judgment and/or Remand. Plaintiff's undersigned attorney here declares that: This is Plaintiff's first request for an extension for this or any filing; and There would be no effect on other already-set deadlines, but the schedule would be pushed back 30 days, and Defendant's Cross–Motion would be due 30 days after service of Plaintiff's Motion, as in the Procedural Order for Social Security Review Actions.

DATE: September 17, 2007              /s/
                                      _____
                                      James Hunt Miller
                                      Attorney for Plaintiff

1 | DATE: September 17, 2007

Scott N. Schools
United States Attorney

By:/s/[1]
Sarah Lynn Ryan
Special Assistant U.S. Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: 9/18/07

_____
United States Magistrate Judge

---

[1] This signature of Defendant's counsel was authorized on date shown as communicated by e-mail to the filer.

Plf's extn - burgos v. ssa   No. C07-01709 PVT

2