1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   SARAH RYAN, State Bar of Texas #17479500
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, CA 94105
6       Telephone: 415-977-8978
        Facsimile:  415-744-0134
7       Email: sarah.ryan@ssa.gov

8  Attorneys for Defendant

9

                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN JOSE DIVISION
12

13 | SIGFREDO M. BURGOS, | ) |
   |                     | ) |
   |        Plaintiff,   | ) | CIVIL NO.   07-1709 PVT
14 |                     | ) |
   |        v.           | ) | STIPULATION AND ORDER EXTENDING
15 |                     | ) | DEFENDANT'S TIME TO FILE
   | MICHAEL J. ASTRUE,  | ) | RESPONSE TO PLAINTIFF'S
16 | Commissioner of     | ) | MOTION FOR SUMMARY JUDGMENT
   | Social Security,    | ) |
17 |                     | ) |
   |        Defendant.   | ) |
18 |_____| ) |

19        IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

20  approval of the Court, that defendant Commissioner may have an extension of 30 days in which to

21  file her response to plaintiff's motion for summary judgment.  The purpose of the extension is to

22  permit the undersigned counsel for Defendant to confer with her counsel regarding the possibility of

23  settlement of this matter without further litigation.   Defendant's response is due on November 16,

24  2007, pursuant to Civil L.R.16-5.  If the Court grants the requested extension, Defendant's response

25  would be due on December 16, 2007.  This is Defendant's first request.

26  //

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Dated: November 15, 2007       */s/ James Hunt Miller*
                                JAMES HUNT MILLER (by permission)
                                Attorney for Plaintiff

                                KEVIN V. RYAN
                                United States Attorney

Dated: November 15, 2007       */s/ Sarah Ryan*
                                SARAH RYAN
                                Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  11/16/07

                                PATRICIA V. TRUMBULL
                                United States District Judge

DEMELLO, EXT.MXSJ (jp)
C 06-04711 MHP                         2