1 JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
3 Social Security Administration
GINA SHIN
4 Special Assistant United States Attorney

5   333 Market Street, Suite 1500
    San Francisco, California 94105
6   Telephone:   (415) 977-8926
    Facsimile:   (415) 744-0134
7   E-Mail: gina.shin@ssa.gov

8 Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN JOSE DIVISION**

| | |
|---|---|
| SIGFREDO BURGOS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 5:07-CV-01709-PVT <br><br> STIPULATION AND ~~PROPOSED~~ ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a THIRD extension of time of until March 1, 2008 to respond to Plaintiff's motion for summary judgment. The reason for this request is because, despite good faith efforts by both parties, additional time is needed to conclude settlement negotiations.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

//
//
//
//
//
//
//
//
//

    /s/ *James Hunt Miller*
        (*As authorized by electronic mail on* February 15, 2008)

James Hunt Miller
Attorney at Law

Attorney for Plaintiff


JOSEPH P. RUSSONIELLO
United States Attorney

By:    /s/ *Gina Shin*
        (*As signed on* February 15, 2008)

Gina Shin
Special Assistant U.S. Attorney

Attorneys for Defendant

Of Counsel:
Lucille Gonzales Meis
Chief Counsel, Region IX
United States Social Security Administration

## **ORDER**

APPROVED AND SO ORDERED.

DATED:   2/19/08

Hon. Patricia V. Trumbull
UNITED STATES MAGISTRATE JUDGE