1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS, CSBN 189450
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8943
        Facsimile: (415) 744-0134
7       E-Mail: Theophous.Reagans@ssa.gov

8  Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                            **SAN JOSE DIVISION**

12

13 SIGREDO M. BURGOS,                )
                                     )   CIVIL NO. C 07-1709 PVT
14      Plaintiff,                   )
                                     )   STIPULATION AND ORDER AWARDING
15      v.                           )   ATTORNEY FEES UNDER THE
                                     )   EQUAL ACCESS TO JUSTICE ACT,
16 MICHAEL J. ASTRUE,                )   28 U.S.C. § 2412(d),
   Commissioner of Social Security,  )
17                                   )
        Defendant.                   )
18 _____   )

19
        IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,
20
   subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to
21
   Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of TWO THOUSAND THREE HUNDRED
22
   dollars and no cents ($2,300.00). This amount represents compensation for all legal services rendered
23
   on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §
24
   2412(d).
25
        This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney
26
   fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.
27
   Payment of TWO THOUSAND THREE HUNDRED dollars and no cents ($2,300.00) in EAJA attorney
28
   fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to

EAJA fees in connection with this action.  Any payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: _July 29, 2011_  /s/ James Hunt Miller
(As authorized via email)
JAMES HUNT MILLER
Attorney for Plaintiff

Dated: _July 29, 2011_  MELINDA L. HAAG
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Theophous H. Reagans
THEOPHOUS H. REAGANS
Attorneys for Defendant

IT IS SO ORDERED:

Dated: _August 1, 2011_  PAUL SINGH GREWAL
United States Magistrate Judge